IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY KELLY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALABAMA DEPARTMENT OF ) <br> REHABILITATION SERVICES, *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 2:24-cv-343-ECM |

**O R D E R**

On February 13, 2025, the Magistrate Judge entered a Recommendation (doc. 39) to which no timely objections have been filed.[1] Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Magistrate Judge's Recommendation (doc. 39) is ADOPTED;

2. The Defendants' motion to dismiss (doc. 34) is GRANTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the Federal Rules of Civil Procedure and federal pleading standards;

3. All pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

---

[1] While the Plaintiff did not file objections to the Recommendation, he did file—after the objection deadline expired—two motions: a "show cause motion for default judgment" (doc. 41) and a "motion for show cause hearing" (doc. 42). To the extent he intended his motions to operate as objections to the Recommendation, the objections are overruled because he fails to demonstrate that the Magistrate Judge committed any error.

A separate Final Judgment will be entered.

DONE this 29th day of May, 2025.

                                            /s/ Emily C. Marks  
                                   EMILY C. MARKS  
                                   CHIEF UNITED STATES DISTRICT JUDGE